**Order entered October 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00560-CR
No. 05-14-00561-CR

**PATRICK LEE BULLOCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-81610-2013, 199-81611-2013**

## ORDER

These cases involve sexual assault of a child and online solicitation of a minor offenses. The amended brief filed by appellant on November 21, 2014 refers to the victim by her full name rather than by her initials.

We **ORDER** appellant to file an amended brief, within **TEN (10) DAYS** from the date of this order, that refers to the victim by her initials only.

/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE